**DISMISS and Opinion Filed January 5, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00732-CV

## IN THE INTEREST OF M.O. AND M.O., CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-55709-2019**

## MEMORANDUM OPINION
Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Osborne

The clerk's record in this appeal has not been filed because appellant has failed to pay the clerk's fee. By letter dated December 10, 2020, we directed appellant to provide, within ten days, written verification of payment or arrangements to pay the clerk's fee or to provide documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to comply would result in dismissal of this appeal without further notice. To date, appellant has not provided the required documentation nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200732F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.O. AND
M.O., CHILDREN

No. 05-20-00732-CV

On Appeal from the 401st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 401-55709-
2019.
Opinion delivered by Justice
Osborne. Justices Myers and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee Akunna Okoh recover her costs of this appeal
from appellant Henry Okoh.

Judgment entered January 5, 2021